IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE, NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA RIDINGER, Individually, | ) | |
| and as the Surviving Spouse, | ) | |
| and Next of Kin of Henry C. Taylor, Jr. (Deceased), | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:14-cv-390 |
| | ) | |
| ERNEST K. RAGLAND, (in his individual capacity); and | ) | |
| JAMES BERRONG, (individually and his official | ) | |
| capacity as Sheriff of Blount County, Tennessee | ) | |
| and BLOUNT COUNTY, TENNESSEE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO STAY

Comes the defendant, Ernest K. Ragland, in his individual capacity (hereinafter referred to as "Officer Ragland"), and Defendant Blount County, Tennessee, by and through counsel, and respectfully move respectfully move this Honorable Court to enter a protective order providing for a stay on all discovery as to all defendants based on the qualified immunity doctrine. Under the qualified immunity doctrine, discovery in this matter should be stayed until the Court makes a decision on Officer Ragland's pending *Motion for Summary Judgment* (Doc. 17). Defendants should not have to face the burdens of litigation, including discovery, until the issue of qualified immunity is decided.

WHEREFORE, based on the above, defendants respectfully move this Honorable Court to enter a protective order providing a stay on all discovery as to all defendants until the Court rules on Officer Ragland'spending motions for summary judgment based on the qualified immunity doctrine.

Respectfully submitted this 10th day of December 2014.

/s Gary M. Prince
Gary M. Prince, BPR#010091
N. Craig Strand, BPR #028381
Attorneys for Ernest K. Ragland
and Sheriff James Berrong
in their individual capacities
O'Neil Parker & Williamson, PLLC
7610 Gleason Drive, Ste. 200
Knoxville, Tennessee 37919
865-546-7190
865-546-0789 fax

/s Craig L. Garrett
Craig L. Garrett, BPR #010227
Attorney for Defendant,
Blount County, Tennessee
Craig L. Garrett
Attorney at Law, PLLC
607 Smithview Drive
Maryville, Tennessee 37803
(865) 984-8200

# CERTIFICATE OF SERVICE

      I do hereby certify that on November ____, 2014, an exact copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt:

M. Christopher Coffey (TN BPR 016033)
Attorney for Plaintiff
Pryor, Flynn, Priest & Harber
Two Centre Square, Suite 600
625 Gay Street
P.O. Box 870
Knoxville, Tennessee 37901
mccoffey@knoxvillelaw.com
865-522-4191 - Phone
865-522-0910 – Fax

Gregory P. Isaacs (TN BPR 013282)
Andrea O. Mohr (TN BPR 028232)
Attorney for Plaintiff
The Isaacs Law Firm
618 S. Gay Street, Suite 300
P.O. Box 2448
Knoxville, Tennessee 37901
gpi@isaacslawfirm.com
andrea@isaacslawfirm.com
865-673-4953 - Phone
865-673-4950 - Fax


        /s Gary M. Prince
        for O'Neil, Parker & Williamson